| | | |
|---|---|---|
| People v Jones (Melchi) | 4th Dept: 149 AD3d 1576 (Monroe) | denied 8/24/17 (Stein, J.) (Appeal No. 1) |
| People v Jones (Melchi) | 4th Dept: 149 AD3d 1580 (Monroe) | denied 8/24/17 (Stein, J.) (Appeal No. 2) |
| People v Junious | 4th Dept: 145 AD3d 1606 (Monroe) | denied reconsideration 8/11/17 (Wilson, J.) |
| People v Kane | 2d Dept: 151 AD3d 751 (Suffolk) | denied 8/24/17 (Fahey, J.) |
| People v Kaye | 3d Dept: 149 AD3d 1252 (Clinton) | denied 8/15/17 (Garcia, J.) |
| People v Kennedy | 2d Dept: 151 AD3d 1079 (Kings) | denied 8/25/17 (Stein, J.) |
| People v King | 4th Dept: 151 AD3d 1714 (Onondaga) | denied 8/28/17 (DiFiore, Ch. J.) |
| People v Laboriel | App Div, 1st Dept: 2017 NY Slip Op 64001(U) (NY) | dismissed 8/15/17 (Garcia, J.) |
| People v Labossiere | 2d Dept: 148 AD3d 1183 (Nassau) | denied 8/23/17 (Fahey, J.) |
| People v Lane | 4th Dept: 149 AD3d 1580 (Onondaga) | denied 8/16/17 (Rivera, J.) |
| People v Lasher | 4th Dept: 151 AD3d 1774 (Niagara) | denied 8/23/17 (Garcia, J.) |
| People v Latta | 1st Dept: 151 AD3d 421 (NY) | denied 8/11/17 (DiFiore, Ch. J.) |
| People v Lawson | App Term, 2d Dept, 9th & 10th Jud Dists: 55 Misc 3d 147(A) (Suffolk) | denied 8/24/17 (Stein, J.) |
| People v Lewis | 4th Dept: 151 AD3d 1727 (Erie) | denied 8/18/17 (DiFiore, Ch. J.) |
| People v Lil Larry | 4th Dept: 151 AD3d 1957 (Ontario) | denied 8/25/17 (Garcia, J.) |
| People v Long (Vincent) | 4th Dept: 151 AD3d 1886 (Steuben) | denied 8/28/17 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Long (Vincent) | 4th Dept: 151 AD3d 1887 (Steuben) | denied 8/28/17 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Long (Vincent) | 4th Dept: 151 AD3d 1887 (Steuben) | denied 8/28/17 (DiFiore, Ch. J.) (Appeal No. 3) |
| People v Lopez | 4th Dept: 151 AD3d 1649 (Onondaga) | denied 8/16/17 (Rivera, J.) |
| People v Luellen | County Ct, 4/10/17 (Livingston) | denied 8/15/17 (Garcia, J.) |